179 So. 225

**J. M. GRAY v. WALKER COUNTY.**

**6 Div. 211.**

Supreme Court of Alabama.

Jan. 13, 1938.

Arthur Fite, of Jasper, for appellant.

W. W. Bankhead and Pennington & Tweedy, all of Jasper, for appellee.

BOULDIN, Justice.

The sole question raised on this appeal is whether a local act to establish a board of revenue in Walker County, in lieu of a county commission, approved July 31, 1935, Local Acts, 1935, p. 131, is unconstitutional and void.

The act is challenged on the ground that the act as passed was a departure, in substance, from the published notice under section 106 of the Constitution of Alabama.

The same question was presented and considered in the companion case of J. M. Gray v. Travis Johnson, Treasurer, post, p. 405, 179 So. 221, this day decided.

This cause is affirmed on the authority of that decision.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

178 So. 68

**W. F. BRADLEY LUMBER COMPANY v. Harry CROWELL, Jr., pro ami.**

**3 Div. 237.**

Supreme Court of Alabama.

Dec. 2, 1937.

Rehearing Denied Jan. 13, 1938.

Chas. M. Pinkston and Thomas & Thomas, all of Montgomery, for petitioner.

Rushton, Crenshaw & Rushton, of Montgomery, opposed.

PER CURIAM.

Petition of Harry Crowell, Jr., by his father and next friend, Harry Crowell, Sr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Bradley Lumber Co. v. Crowell, 178 So. 66.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.